THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* ROSE COHEN, Defendant, and EQUITABLE CASUALTY
  AND SURETY COMPANY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
  *v.* ANNA ROSEN, Defendant, and EQUITABLE CASUALTY
  AND SURETY COMPANY, Appellant.

(Submitted October 14, 1930; decided November 18, 1930.)

*Benjamin Frindel* for appellant.

*Thomas C. T. Crain, District Attorney* (*Michael J. Driscoll* of counsel), for respondent.

Order in each proceeding affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.